FILED
CLERK U.S. DISTRICT COURT
DEC 27 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RUSSELL ROSENBERGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE BUSH, et al.,<br><br>　　　　　Defendants. | Case No. CV 06-5368 GAF(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

　　　IT IS HEREBY ORDERED that the complaint is dismissed without leave to amend and that this action is dismissed with prejudice.

///
///
///
///
///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order and |
| 2 | the United States Magistrate Judge's Report and Recommendation by United States |
| 3 | mail on Plaintiff and on any counsel for Defendants. |
| 4 | IT IS SO ORDERED. |
| 5 | |
| 6 | DATED: 12/27 /2007 |
| 7 | |
| 8 | _____ |
| 9 | HONORABLE GARY A. FEESS<br>UNITED STATES DISTRICT JUDGE |