JS-6

FILED
CLERK U.S. DISTRICT COURT

DEC 27 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RUSSELL ROSENBERGER, | Case No. CV 06-5368 GAF(JC) |
| Plaintiff, | (PROPOSED) |
| v. | JUDGMENT |
| GEORGE BUSH, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the complaint is dismissed without leave to amend and that this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____12/27_____, 2007

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE